Howard L. Short, Appellant, v. E. B. Chrisman,
Appellee.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. Karns & Bandy, for appellant; Simpson, Reed & Burroughs, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.